# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **DONNA M. EGELAND,** ) | |
| ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | CIVIL NO. 10-386-P-H |
| ) | |
| **GENERAL ELECTRIC COMPANY,** ) | |
| ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter because I own stock in General Electric Company.

**SO ORDERED.**

**DATED THIS 16TH DAY OF SEPTEMBER, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**